**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CARRIE SCHMITT,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 26-cv-1228-MJH<br><br>Judge Marilyn J. Horan |

**DEFENDANT NO. 104 (SHOPRAZYS.COM)'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the U.S. District Court for the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant No. 104 (shoprazys.com) in the above-captioned action certifies that that there are no parents, subsidiaries, and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

MEYER, UNKOVIC & SCOTT LLP

*<u>/s/ David G. Oberdick</u>*
David G. Oberdick (PA I.D. No. 47648)
dgo@muslaw.com
Justin D. Beck (PA I.D. No. 324787)
jdb@muslaw.com
600 Grant Street, 50th Floor
Pittsburgh, PA 15219
(412) 456-2800

*Counsel for Defendant No. 104,*
*Fashion Vivo Limited (shoprazys.com)*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2026, the foregoing **Corporate Disclosure Statement** was filed and served electronically using the Court's CM/ECF system.

*/s/ David G. Oberdick*
David G. Oberdick

4915-5111-2667, v. 1